IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Motorists Commercial Mutual Insurance Company, | Case No. 3:22 CV 2045 |
| Plaintiffs, | DISMISSAL ORDER |
| -vs- | JUDGE JACK ZOUHARY |
| All Quality, LLC, et al., | |
| Defendants. | |

Counsel represent that this case has resolved (Doc. 15). Therefore, the docket is marked: "Settled and dismissed without prejudice. Each party is to bear its own costs."

Further, any subsequent Dismissal with prejudice, or setting forth specific settlement terms and conditions, filed within sixty (60) days, shall supersede this Order. This Court also retains jurisdiction to enforce the terms of the settlement.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

July 20, 2023